**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    vs.                                       **CASE NO.: 2:13-CR-254
JUDGE GEORGE C. SMITH
MAGISTRATE JUDGE KING**

**RULDOLPH R. GALBERTH, JR.,**

    **Defendant.**

## ORDER

On July 27, 2017, the Magistrate Judge issued a Report and Recommendation recommending that the Defendant be sentenced to a term of imprisonment of four (4) months, to be followed by a new term of supervised release of twelve (12) months. (Doc. 15).

With the consent of the parties, the Magistrate Judge held a revocation hearing on July 26, 2017. The Defendant stipulated to the violation of supervised release, leaving the residential facility to which he had been admitted for inpatient substance abuse treatment. (Doc. 4-1 Supervised Release Violation Report). The Court also heard argument from counsel and the Defendant on the appropriate sentence for the violation. Based on all this information, the Magistrate Judge recommended that Defendant's supervised release be revoked and that he be sentenced to four (4) months imprisonment, followed by twelve (12) months of supervised release.

Defendant was specifically informed of his right to contest the Report and Recommendation by filing any objections within 14 days of the issuance of the Report and Recommendation. Defendant did not file any objections.

Accordingly, the Court **ADOPTS** the Report and Recommendation and hereby confirms the revocation of Defendant's supervised release. Defendant is sentenced to four (4) months imprisonment, followed by twelve (12) months of supervised release.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　 */s/ George C. Smith*
　　　　　　　　　　　　　　　　　　　　**GEORGE C. SMITH, JUDGE**
　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT**